CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW, State Bar No. 194668
 *burrow@caldwell-leslie.com*
CAMERON J. JOHNSON, State Bar No. 266729
 *cjohnson@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendants PARAMOUNT PICTURES CORPORATION, SONY PICTURES ENTERTAINMENT INC., and VIACOM INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID L. WHITEHEAD,<br><br>                Plaintiff,<br><br>     v.<br><br>MILLENNIUM FILMS; VERIZON INC.; PARAMOUNT PICTURES; VIACOM; 20TH CENTURY FOX FILM; OPRAH WINFREY; TOM CRUISE; PAULA WAGNER; DAN SNYDER; JP MORGAN; COMCAST INC.; SONY; MOONBOT STUDIOS; CHIPOTLE MEXICAN GRILL; APPLE INC.; SHEILA C. JOHNSON; HARVEY WEINSTEIN; THE WEINSTEIN COMPANY; COLONEL J. GEORGE & S. SALOOM HANNIE COMMUNITY HOME, INC. and UNKNOWN OFFICERS; SOCKRIDER, BOLIN, ANGLIN & BATTE PLC; and UNKNOWN DOES 1-50,<br><br>                Defendants. | Case No. 15-CV-3564 RGK (AGRx)<br><br>**DEFENDANTS PARAMOUNT PICTURES CORPORATION, SONY PICTURES ENTERTAINMENT INC., AND VIACOM INC.'S OPPOSITION TO PLAINTIFF DAVID L. WHITEHEAD'S EMERGENCY NOTICE PLEADING ON PLAINTIFF'S JOINT SCHEDULING CONFERENCE STATEMENT AND RULE 26(F) REPORT**<br><br>**Date:**  March 28, 2016<br>**Time:**  9:00 a.m.<br><br>The Honorable R. Gary Klausner |

CALDWELL LESLIE & PROCTOR

Case No. 15-CV-3564 RGK (AGRx)
DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY NOTICE PLEADING ON PLAINTIFF'S JOINT SCHEDULING CONFERENCE STATEMENT AND RULE 26(F) REPORT

Plaintiff David L. Whitehead ("Plaintiff") has filed a motion, styled as Plaintiff's Emergency Notice Pleading on Plaintiff's Joint Scheduling Conference Statement and Rule 26(F) Report, in which Plaintiff requests that Defendants Paramount Pictures Corporation ("Paramount"), Sony Pictures Entertainment Inc. ("SPE"), and Viacom Inc. ("Viacom") (collectively, "Defendants") be sanctioned "[i]f [defense counsel] did not attach plaintiff's" joint scheduling conference statement to Defendants' joint scheduling conference statement. *See* Dkt. No. 120 at 4 ("Emergency Notice"). Plaintiff's statement was attached as Exhibit A to Defendants' statement and was filed along with Defendants' statement. *See* Dkt. No. 115. Accordingly, Plaintiff's request for sanctions should be denied.

DATED: March 7, 2016

CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW
CAMERON J. JOHNSON

By  /s/
  LINDA M. BURROW
Attorneys for Defendants PARAMOUNT PICTURES CORPORATION, SONY PICTURES ENTERTAINMENT INC., and VIACOM INC.

CALDWELL LESLIE & PROCTOR

-1-   Case No. 15-CV-3564 RGK (AGRx)
DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY NOTICE PLEADING ON PLAINTIFF'S JOINT SCHEDULING CONFERENCE STATEMENT AND RULE 26(F) REPORT