1  CALDWELL LESLIE & PROCTOR, PC
   LINDA M. BURROW, State Bar No. 194668
2    *burrow@caldwell-leslie.com*
   CAMERON J. JOHNSON, State Bar No. 266729
3    *cjohnson@caldwell-leslie.com*
   FEIFEI B. JIANG, State Bar No. 301716
4    *jiang@caldwell-leslie.com*
   725 South Figueroa Street, 31st Floor
5  Los Angeles, California 90017-5524
   Telephone: (213) 629-9040
6  Facsimile: (213) 629-9022

7  Attorneys for Defendants PARAMOUNT
   PICTURES CORPORATION, SONY
8  PICTURES ENTERTAINMENT INC.,
   and VIACOM INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID L. WHITEHEAD, | Case No. 15-CV-3564 RGK (AGRx) |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | The Honorable R. Gary Klausner |
| MILLENNIUM FILMS; VERIZON INC.; PARAMOUNT PICTURES; VIACOM; 20TH CENTURY FOX FILM; OPRAH WINFREY; TOM CRUISE; PAULA WAGNER; DAN SNYDER; JP MORGAN; COMCAST INC.; SONY; MOONBOT STUDIOS; CHIPOTLE MEXICAN GRILL; APPLE INC.; SHEILA C. JOHNSON; HARVEY WEINSTEIN; THE WEINSTEIN COMPANY; COLONEL J. GEORGE & S. SALOOM HANNIE COMMUNITY HOME, INC. and UNKNOWN OFFICERS; SOCKRIDER, BOLIN, ANGLIN & BATTE PLC; and UNKNOWN DOES 1-50, | |
| Defendants. | |

1  The Court, having granted the Motion for Judgment on the Pleadings of
2  Defendants Paramount Pictures Corporation, Sony Pictures Entertainment Inc. and
3  Viacom Inc. (collectively, "Defendants"), hereby enters judgment as follows:
4      IT IS ORDERED, ADJUDGED and DECREED that Plaintiff David L.
5  Whitehead take nothing, and that the action be dismissed on the merits and with
6  prejudice.
7      Pursuant to 17 U.S.C. § 505, the Court shall determine the award of attorneys'
8  fees and costs to Defendants at a later date upon noticed motion.

9
10 Dated: May 12, 2016

                                       The Honorable R. Gary Klausner
11                                        Judge, United States District Court

12
13
14
15 Prepared By:

16        /s/
   LINDA M. BURROW
17 CALDWELL LESLIE & PROCTOR, PC
   Attorneys for Defendants PARAMOUNT
18 PICTURES CORPORATION, SONY
19 PICTURES ENTERTAINMENT INC., and
   VIACOM INC.
20
21
22
23
24
25
26
27
28